IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Gordon S. Walker, Sr., | : |
| Plaintiff, | : |
| v. | : C.A. No. 15-01075-GMS |
| United States of America, | : |
| Defendant. | : |

**ORDER**

AND NOW, this 9th day of May, 2016, having heard and considered United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction or, In The Alternative, For Summary Judgment, it is hereby ORDERED that the Motion is granted. Plaintiff's Complaint is dismissed with prejudice.

BY THE COURT:

_____
Hon. Gregory M. Sleet
United States District Judge

4